ACCEPTED
05-14-00331-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/5/2015 9:25:01 AM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

11/5/2015 9:25:01 AM

LISA MATZ
Clerk

November 3, 2015

Lisa Matz, Clerk
Court of Appeals, 5th District
600 Commerce Street, Suite 200
Dallas, Texas 75202

**RE:** *Neko Boykin v. The State of Texas*
Trial Court Nos:  F13-12601-J, F13-58095-J, F13-58096-J, F13-58097-J
Appellant Court Nos: 05-14-00331-CR, 05-14-00332-CR, 05-14-00333-CR,
        05-14-00334-CR

### Certification of Compliance with TEX. R. APP. P. 48.4

Dear Ms. Matz:

Pursuant to Rule 48.4, of the Texas Rules of Appellate Procedure, I certify that on October 12, 2015, I sent a copy of this Court's opinion and judgment in the above entitled and numbered cause to Appellant at his last known address within five days after the opinion was handed down. The opinion and judgment were sent, certified mail, return receipt requested. I further certify that, along with the opinion, a letter was included in which the Appellant was advised that he has the right to file a pro se Petition for Discretionary Review under Rule 68 within thirty (30) days of the issuance of the opinion.

I have enclosed for your reference a copy of the return that I received on October 20, 2015. The date of delivery is reflected as October 16, 2015.

Thank you for your assistance in this matter.

           Respectfully,

           /s/ *Nan Hendrickson*
           Nan Hendrickson
           Assistant Public Defender

Enclosure: certified mail return receipt
cc: Dallas County Criminal District Attorney's Office, Appellate Section

---

✆ 133 N. Riverfront Blvd., 9th Floor, LB 2 ✆ Dallas Texas 75207-4313 ✆ Phone: (214) 653-3550 ✆ Fax: (214) 653-3539 ✆

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent  ☐ Addressee

B. Received by (*Printed Name*)
C. GARCIA

C. Date of Delivery
10-16-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Neko Boykin
TDCJ #01960061
Ferguson Unit
12120 Savage Drive
Midway, Texas 75852

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
(*Transfer from service label*)

7013 2250 0002 2038 9442

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540